UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| In re:<br><br>GRASMICK, VANESSA A.<br><br><br>Debtor. | Chapter 7<br><br>Case No. 08-12612 MJK<br><br>**STATEMENT OF<br>SMALL DIVIDENDS** |
|---|---|

| Claim No. | Creditor<br>Name and Address | Amount<br>Allowed | Dividend |
|---|---|---|---|
| 2 | UB School of Dental Medicine<br>Business Office, Squire Hall, Room, 108, 3435 Main St., Bldg 32<br>Buffalo, NY 14214-3008 | $41.00 | $2.88 |

**TOTAL SMALL DIVIDENDS:** $ 2.88

Dated: January 14, 2010

WILLIAM E. LAWSON
Trustee
730 CONVENTION TOWER, 43 COURT STREET
BUFFALO, NY 14202-3172
(716) 854-3015



FILED JAN 14 2010 BANKRUPTCY COURT BUFFALO, N.Y.